UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: DAVID KOPLOW,                          M.B.D. No.
              Movant                          13-mc-91184-DPW

ORDER

WOODLOCK, D.J.

By Order September 3, 2015, the court denied permission to
David Koplow ("Koplow"), a litigant enjoined from filing pro se
complaints without receiving leave of court, see Koplow v. Dana,
et al., Nos. 01-10868-DPW; 03-10061-DPW 2003 WL 1701026, 2003
U.S. Dist. LEXIS 4874 (D. Mass. Mar. 13, 2003), aff'd, Nos. 03-
1655, 03-1658 (1st Cir. Mar. 4, 2004), for filing a civil rights
action against Edward Rizzo, his former landlord doing business
as R&R Fifth Realty; Brian Kyes, Chief of the Chelsea Police
Department; and four Chelsea Police Officers.  See Docket No. 4.

Two weeks later, on September 20, 2013, Koplow filed a
motion seeking until October 21, 2013 to file a motion for
reconsideration.  See Docket No. 5.  On October 22, 2013, Koplow
filed a motion for reconsideration with proposed amendment.  See
Docket Nos. 6, 7.  On December 4, 2013, Koplow filed a motion to
allow amendment to his petition, and almost ten months later, on
September 22, 2014, Koplow submitted his proposed amendment.  See
Docket Nos. 8, 9.

Through the proposed amendment, Koplow again seeks to assert
claims stemming from a May 12, 2009 incident that led to Koplow's
arrest, prosecution and eviction.  In 2010, Koplow was
unsuccessful in seeking to remove the eviction action to federal

court.   See In Re: David Lee Koplow, 10-mc-10114-NMG.  As

explained in the court's September 3, 2013 Order, even assuming

Koplow's claims were sufficiently stated, they are time-barred.

See Docket No. 4.

     Based on the foregoing, it is hereby ORDERED that:

1.   The motion (#8) to allow amendment is DENIED; and

2.   The motions (#5, #6) for extension of time are treated as
     moot.


SO ORDERED.


                         /s/ Douglas P. Woodlock
                         DOUGLAS P. WOODLOCK
                         UNITED STATES DISTRICT JUDGE

DATE: September 28, 2015